UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 21-00553JVS(ADSx) | Date April 30, 2021 |
| Title Zhaomin Restaurants Group et al v. Donna Campagnolo et al | |

| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] Order Regarding Order to Show Cause

The Court has preliminarily reviewed Plaintiffs' Zhaomin Restaurants Group ("ZRG") and Min Zhao ("Zhao") and Hong Liu's ("Liu") (collectively, "Plaintiffs") complaint and service of summons. See Dkt. Nos. 1 and 12.

Plaintiffs have named Donna Campagnolo (in her official capacity as Director of the California Service Center, U.S. Citizenship and Immigration Services), Tracy Renaud (in her official capacity as Acting Director, U.S. Department of Homeland Security), Alejando Mayorkas (in his official capacity as Secretary of DHS), Merrick Garland (as Attorney General of the United States), the United States Citizenship and Immigration Services, and the United States Department of Homeland Security. .

The Court is in receipt of only one certificate of service, addressed to the Civil Process Clerk, U.S. Attorney's Office, 300 North Los Angeles Street, Suite 7516, Los Angeles California, 90012-3341. See Dkt. No. 12.

Federal Rule of Civil Procedure 4(i) requires, in part, the following:

(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.
    (1) United States. To serve the United States, a party must:
        (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

        (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
      (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
      (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
  (2) Agency; Corporation; Officer or Employee Sued in an Official Capacity. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.
  (3) Officer or Employee Sued Individually. To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

Fed. R. Civ. P. 4(i). Accordingly, Plaintiffs have failed to serve all parties.

     Therefore, the Court, on its own motion, hereby ORDERS Plaintiffs to Show Cause (OSC) in writing no later than **June 22, 2021**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiffs, the Court will consider the filing of the proofs of service of summons and complaint as an appropriate response to this OSC, on or before the above date.

     Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m). The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

     It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations

affecting the progress of the case must be approved by the Court. Local Rule 7-1.

**IT IS SO ORDERED.**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |